B1(Official Form 1) (1/08)

| United States Bankruptcy Court<br>Eastern District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Infinity Manufacturing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **20-0702964** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1701 Hardeman Lane N.E.**<br>**Cleveland, TN**<br>ZIP CODE **37312** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bradley** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street Address):<br>**PMB 273**<br>**114 Stuart Rd NE**<br>**Cleveland, TN**<br>ZIPCODE **37312** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1(Official Form 1) (12/07) FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Infinity Manufacturing, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor | Case Number: | Date Filed: |
| District | Relationship | Judge |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)     Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes.)*

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgement)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. §362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Infinity Manufacturing, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarilly consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C.§ 1515 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X *[signature]*
Signature of Attorney for Debtor(s)

**Richard L. Banks, #000617**
Printed Name of Attorney for Debtor(s)

**Richard Banks & Associates, P.C.**
Firm Name

**P.O. Box 1515 Cleveland, TN 37364-1515**
Address

**(423)479-4188**
Telephone Number

**October 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certificaton that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date:

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C§110; 18 U.S.C.§156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]* President
Signature of Authorized Individual

**Rodney S. Ensley**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 29, 2010**
Date

| | | |
|---|---|---|
| Acheson Foundry & Machine Works<br>P.O. Box 2196<br>Chattanooga, TN 37409 | Aramark Uniform Services<br>PO Box 429<br>Shelbyville, TN 37162 | Auto Owners Insurance<br>PO Box 30315<br>Lansing, MI 489097815 |
| B & B Fire Protection<br>6856 Eastern Ave. N.W.<br>Suite 350<br>Washington, DC 20012 | B & D Construction<br>1755 Murphy Hwy<br>Mineral Bluff, GA | BB&T<br>Attn: Bankruptcy Dept.<br>PO Box 1847<br>Wilson, NC 27894 |
| Bethune Air Group LLC<br>4635 Fairfield Farm Rd NW<br>Cleveland, TN 37312 | Blue Cross Blue Shield of Tenn.<br>108 Pine Street<br>Chattanooga, TN 374022555 | Blue Ridge Fabricators<br>650 Blue Ridge Drive<br>Elizabethton, TN 37643 |
| Boss Tool Works<br>1288 Hickory Street<br>Pewaukee, WI 53072 | Box 1 Inc<br>3352 Blake Dr SW<br>Dalton, GA 30720 | Bradley County Trustee<br>Michael J. Smith<br>155 Ocoee St.<br>Room 104<br>Cleveland, TN 37311 |
| Brent McCaghren Transport<br>855 Lovvorn Mill Rd<br>Bowdon, GA 30108 | Byrd's Electric Motor Service<br>2193 Waterlevel Hwy<br>Cleveland, TN 37311 | CNC Associates<br>2900 Challenger Place<br>Oxnard, CA 93030 |
| Conoco<br>P.O. Box 2107<br>Ponco City, OK 746022107 | Cornerstone Community Bank<br>2280 Gunbarrel Road<br>Chattanooga, TN 37421 | Custom Silicone Technologies LLC<br>13539 Desmond St.<br>Pacioma, CA 91331 |
| Dalrymple Rigging & Transport<br>1225 Latta St<br>Chattanooga, TN 37406 | De Lage Landen Financial Services, Inc<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | Deluxe<br>PO Box 88042<br>Chicago, IL 60680 |
| Department of the Treasury<br>IRS<br>Austin, TX 733010030 | Dura-Bar Metal Services<br>2195 W. Lake Shore Dr.<br>Woodstock, IL 60098 | Federal Express<br>PO Box 1140<br>Memphis, TN 381011140 |
| Freedom Machining Solutions<br>PO Box 9283<br>Chattanooga, TN 37412 | Georgia Dept of Revenue<br>Compliance Division<br>1401 Dean Street, Suite E<br>P.O. Box 6004<br>Rome, GA 30162 | Goodmorr Adhesives<br>7007 Belgold St<br>Ste. C<br>Houston, TX 77066 |
| Harting, Bishop & Arrendale<br>1040 William Way<br>Cleveland, TN 37312 | Hexpol Compounding<br>280 Crawford Rd<br>Statesville, NC 28625 | Holston Gases-Chattanooga<br>1105 Stuart Street<br>Chattanooga, TN 37406 |

Home Depot
P.O. Box 103047
Roswell, GA 30076

Industrial Boiler & Mechanical Co. Inc.
3325 North Hawthorne Street
Chattanooga, TN 37406

Kardoes Rubber Co., Inc.
1061 Industrial Blvd
Lafayette, AL 36862

Keyence Corp. of America
50 Tice Blvd.
Woodcliff Lake, NJ 07677

Kleen Polymers, Inc.
145 Rainbow St
Wadsworth, OH 44281

Lexington
1076 Ridgewood Rd
Jasper, GA 30143

Lowes
P.O. Box 105981 Dept 79
Atlanta, GA 303535981

Lubricorp, LLC
2120 Westland Dr. SW
Cleveland, TN 37311

Machine Works of Tennessee
2129 Northeast Road SE
Cleveland, TN 37311

Machinery Finance Resources, LLP
PO Box 4160
Philadelphia, PA 19101

Metal Tek
905 E. St Paul Avenue
Waukesha, WI 53188

MSC Industrial Supply Co., Inc.
75 Maxess Road
Melville, NY 11747

NEC Financial Services, LLC
24189 Network Place
Chicago, IL 60673

Omni-Sil Technologies, Inc.
389 McCaysville Industrial Drive
Blue Ridge, GA 30513

Parman Energy Corp
7101 Cockrill Bend Blvd
Nashville, TN 37209

PHSI
PO Box 404582
Atlanta, GA 30384

Piedmont Plastics, Inc.
P.O. Box 26006
Charlotte, NC 28269

Pinnacle Elastomeric Technology
5336 Bbs Drive
Braselton, GA 30517

Pitney Bowes Global Financial Services
220 Venture Circle
Nashville, TN 372281697

Polymer Technologies
140 School Rd
Raeford, NC 28376

Pre-Paid Legal Services, Inc.
PO Box 1379
Ada, OK 74820

Pro Die Co, Inc.
13576 Pumice St.
Norwalk, CA 90650

Purchase Power
PO Box 371874
Pittsburgh, PA 15250

R & S Truck & Tractor Co., Inc.
3165 Waterlevel Hwy
Cleveland, TN 37323

Randstad
110 Stuart Rd NE
Cleveland, TN 37312

Register.com
PO Box 26775
New York, NY 100876775

Robbins LLC
2306 S. Wilson Dam Road
Muscle Shoals, AL 35661

Ryerson Inc.
2621 W. 15th Place
Chicago, IL 60608

Seaton Enterprises, LLC
4855 Hwy. 11 S.
Calhoun, TN 37309

SkyRidge Clinical
991 Oak Creek Drive
Lombard, IL 601486408

| | | |
|---|---|---|
| South Eastern Communication<br>3849 Cleveland Hwy<br>Dalton, GA 30721 | Southeastern Freight Lines, Inc.<br>420 Davega Road<br>Lexington, SC 29073 | Southern Tool Steel, Inc.<br>2726 Kanasita Drive<br>Chattanooga, TN 37343 |
| Staples<br>Credit Plan<br>PO Box 9020<br>Des Moines, IA 503689020 | Technology Sales Co. Inc.<br>4027-B South Access Rd<br>Chattanooga, TN 37406 | Tennessee Department of Revenue<br>Tax Enforcement Division<br>540 McCallie Avenue<br>Suite 350<br>Chattanooga, TN 37402 |
| Tennessee Industrial Electronics<br>1216 Heil Quaker Blvd<br>LaVergne, TN 37086 | Turnaround Management Corp<br>460 Polaris Parkway<br>Suite 200<br>Westerville, OH 43082 | Universal Machine Co., Inc.<br>PO Box 501<br>Dallas, NC 28034 |
| Vista Radiology PC<br>Dept. 888302<br>Knoxville, TN 379958302 | Water Services, Inc.<br>PO Box 22339<br>Knoxville, TN 37933 | |

UNITED STATES BANKRUPTCY COURT
Eastern District of Tennessee
Southern Division

IN RE: Infinity Manufacturing, Inc.

Case No.
Judge     Cook/Rucker
Chapter 11

**VERIFICATION OF CREDITOR MATRIX**

The above-named Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of my (our) knowledge.

Date:   October 29, 2010          Signature  *Rodney S Ensley, President*
                                              Rodney S. Ensley, President


Date:   October 29, 2010          *[signature]*
                                   Richard L. Banks, #000617
                                   Attorney for Debtor